1218

No. 84–5307.  THETFORD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 84–5308.  O'CONNOR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–5352.  SMITH v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 84–5367.  GIBSON v. UNITED STATES;
No. 84–5472.  HASTING v. UNITED STATES;
No. 84–5493.  WILLIAMS v. UNITED STATES;
No. 84–5497.  ANDERSON v. UNITED STATES; and
No. 84–5510.  STEWART v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.  Reported below: 739 F. 2d 1269.

No. 84–5373.  HOLECEK v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 84–5374.  HOMER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 84–5397.  LIPPERT v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–5418.  SMITH v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 84–5424.  HERSHIPS v. REES.  Sup. Ct. Cal.  Certiorari denied.

No. 84–5458.  LUCAS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 84–5479.  McDONALD v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 84–5486.  BARHAM v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–5494.  COLE v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.